Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Division

Brian D. Swanson

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Brad Raffensperger,
Secretary of State, State of Georgia

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. CV122-152
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

FILED U.S. DISTRICT COURT AUGUSTA DIV.
2022 DEC -7 P 2: 56
CLERK _____
SO. DIST. OF GA.

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Brian D. Swanson |
   | Street Address | 1805 Prince George Ave |
   | City and County | Evans, Columbia |
   | State and Zip Code | Ga, 30809 |
   | Telephone Number | (831)601-0116 |
   | E-mail Address | swansons6@hotmail.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Brad Raffensperger |
| Job or Title *(if known)* | Secretary of State for the State of Georgia |
| Street Address | 214 State Capitol |
| City and County | Atlanta |
| State and Zip Code | GA 30334 |
| Telephone Number | (404) 656-2881 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

US Constitution Article 1, Section 3
US Constitution Article 5
Seventeenth Amendment
52 U.S.C. §10307

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      The defendant, *(name)* _____, is a citizen of
      the State of *(name)* _____. Or is a citizen of
      *(foreign nation)* _____.

  b.   If the defendant is a corporation

      The defendant, *(name)* _____, is incorporated under
      the laws of the State of *(name)* _____, and has its
      principal place of business in the State of *(name)* _____.
      Or is incorporated under the laws of *(foreign nation)* _____,
      and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$10,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On Tuesday, November 29, 2022, Plaintiff was issued an illegal ballot for United States Senator that was authorized by Brad Raffensperger for the purpose of encouraging illegal voting in violation of 52 U.S.C. §10307(c). The Secretary's action subjects Plaintiff to possible criminal prosecution for casting a potentially illegal vote.

The Seventeenth Amendment has no legal force in the State of Georgia, in accordance with Article V of the Constitution, because the State of Georgia did not ratify the Amendment and did not consent to be deprived of its equal suffrage in the Senate. If popular elections for United States Senator are unconstitutional in the State of Georgia then Plaintiff is an ineligible voter under 52 U.S.C. §10307(c).

If the Seventeenth Amendment has no legal force in the State of Georgia, as Plaintiff alleges, then he may be subject to a $10,000 fine and up to five years imprisonment due to the Secretary's illegal actions. In addition, the Secretary may be guilty of over 4,000,000 individual acts of encouraging illegal voting under 52 U.S.C. §10307(c), and subject to $40 billion in fines and 20 million years imprisonment.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff respectfully prays for the following relief:

1) Plaintiff asks this Court to rule that Georgia's December 6, 2022 popular election for United States Senator is unconstitutional and void. He prays that this Court would order the Gerogia State Legislature to appoint Senators to the United States Senate in accordance with Article 1 Sec. 3 of the Constitution.

2) Order that Brad Raffensperger, the Georgia Secretary of State, is to cease his encouragement of illegal voting by authorizing illegal ballots for United States Senator for ineligible voters in the State of Georgia in violation of 52 U.S.C. §10307(c).

3) Award $10,000 in compensatory and punitive damages to Plaintiff as compensation for the emotional distress of placing Plaintiff in legal jepoardy of criminal prosecution due to Defendant's illegal actions and as a deterrant against Defendant continuing his illegal activity in the future. A $10,000 award is justified because it is equal to the fine to which Plaintiff may be liable as a result of Defendan'ts illegal encouragements.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/7/2022

Signature of Plaintiff: _(signed)_

Printed Name of Plaintiff: Brian D. Swanson

### B. For Attorneys

Date of signing: _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Street Address | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |