IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| BRIAN D SWANSON,<br><br>Plaintiff,<br><br>v.<br><br>BRAD RAFFENSPERGER, *Secretary of State for the State of Georgia*<br><br>Defendant. | Civil Action No.:<br>1:22-cv-152-JRH-BKE |

## BRAD RAFFENSPERGER'S MOTION TO DISMISS COMPLAINT

Brad Raffensperger, the Secretary of State for the State of Georgia, moves this Court to dismiss Plaintiffs' complaint in its entirety pursuant to Fed. R. Civ. P. 12(b)(1) and (6). In support of its motion, the Secretary relies on his Brief in Support of the Motion to Dismiss, which is filed with this motion.

Respectfully submitted, this 9th day of January, 2023.

        Christopher M. Carr    112505
        Attorney General

        Bryan K. Webb    743580
        Deputy Attorney General

        <u>/s/ Russell D. Willard</u>
        Russell D. Willard    760280
        Senior Assistant Attorney General

40 Capitol Square SW
Atlanta, Georgia, 30334
rwillard@law.ga.gov
(404) 656-3300

*/s/ Lee M. Stoy, Jr.*
LEE M. STOY, JR.
Assistant Attorney General      884654
Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, Georgia, 30334
lstoy@law.ga.gov
404-458-3661

*Attorneys for the State of Georgia*

# **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the forgoing **BRAD RAFFENSPERGER'S MOTION TO DISMISS COMPLAINT** with the Clerk of Court using the CM/ECF system, and have mailed a copy via United States mail, postage prepaid, to:

>Brian D. Swanson
>1805 Prince George Ave.
>Evans, Georgia
>30809

Dated:  January 9, 2023

>*/s/ Lee M. Stoy, Jr.*
>Lee M. Stoy, Jr.              884654
>Assistant Attorney General