AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BRIAN D. SWANSON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: CV 122-152

BRAD RAFFENSPERGER,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated May 16, 2023, the Defendant's motion to dismiss is granted. Therefore, Plaintiff's claims are dismissed, and this civil case stands close.

May 16, 2023  
*Date*

John E. Triplett, Clerk of Court  
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020