IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF GEORGIA
AUGUSTA DIVISION

Brian D. Swanson

    Plaintiff-Appellant,

VS.                                                                          CASE NUMBER: CV 122-152

Kea Investments Limited,

    Defendant-Appellee

**ORDER**

The Judgment of this Court in the above-entitled action having been affirmed by the Eleventh Circuit, U.S. Court of Appeals;

IT IS HEREBY ORDERED that the Mandate of the Eleventh Circuit, U.S. Court of Appeals, is made the judgment of this court.

SO ORDERED, This _____9th_____ day of _____February_____, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA